IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RAY CHRIS MOBLEY,**

    **Plaintiff,**

**v.**                                      Case No.:  3:11cv233/MCR/EMT

**SANTA ROSA COUNTY JAIL MEDICAL
DEPT., et al.,**

    **Defendants.**
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 11, 2012 (doc. 20).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

**DONE AND ORDERED** this 19th day of February, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF  UNITED  STATES  DISTRICT  JUDGE**